**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sneider, Jason A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Sneider, Melissa A.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**aka Melissa Kelly** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-0224** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-8636** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**127 Sally Harden Road**<br>**Wantage, NJ 07461** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**127 Sally Harden Road**<br>**Wantage, NJ 07461** |
| County of Residence or of the Principal Place of Business: **Sussex** | County of Residence or of the Principal Place of Business: **Sussex** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11 | ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)

FORM B1, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Sneider, Jason A.**
**Sneider, Melissa A.**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **See Attached** | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **- None -** | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Jason A. Sneider**
Signature of Debtor **Jason A. Sneider**

X    **/s/ Melissa A. Sneider**
Signature of Joint Debtor **Melissa A. Sneider**

Telephone Number (If not represented by attorney)

**February  2, 2004**
Date

### Signature of Attorney

X    **/s/ Dean G. Sutton, Esq. DS-1910**
Signature of Attorney for Debtor(s)
**Dean G. Sutton, Esq. DS-1910**
Printed Name of Attorney for Debtor(s)
**Dean G. Sutton, Esquire**
Firm Name
**18 Green Road**
**P.O. Box 187**
**Sparta, NJ 07871**
Address
**973-729-8121  Fax: 973-729-6685**
Telephone Number
**February  2, 2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Dean G. Sutton, Esq. DS-1910   February  2, 2004**
Signature of Attorney for Debtor(s)        Date
**Dean G. Sutton, Esq. DS-1910**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

In re **Jason A. Sneider**  
**Melissa A. Sneider** _____  Case No. _____

Debtor(s)

# FORM 1. VOLUNTARY PETITION
### Attachment A

### PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS

| LOCATION FILED | CASE NUMBER | DATE FILED |
|---|---|---|
| New Jersey | 03-16500/DHS | 3/03/03 |
| New Jersey | 03-32916 | 7/10/03 |

## United States Bankruptcy Court
**District of New Jersey**

In re: **Jason A. Sneider / Melissa A. Sneider**, Debtor(s)

Case No.
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **February 2, 2004**  **/s/ Jason A. Sneider**
**Jason A. Sneider**
Signature of Debtor

Date: **February 2, 2004**  **/s/ Melissa A. Sneider**
**Melissa A. Sneider**
Signature of Debtor

Adar Seven LLC
Bronson & Micliaccio
475 Market St., 1st Floor
Elmwood Park, NJ 07407

ADT
PO Box 650485
Dallas, TX 75265-0485

AES PHEAA
1200 North Seventh St.
Harrisburg, PA 17102-1444

Agway
820 Bear Tavern Road
Trenton, NJ 08628

American Express
PO Box 1270
Newark, NJ 07101-1270

Asset Acceptance LLC

At&T Universal Card
PO Box 8213
South Hackensack, NJ 07606

Bank One
Arrow Financial
21031 Network Place
Chicago, IL 60673-1210

Beneficial
PO Box 6985
Bridgewater, NJ 08807

Calvarly Investments
7 Skyline Dr., 2nd Floor
Hawthorne, NY 10532-2162

Care Credit
PO Box 469005
Chicago, IL 60646-9005

Chase
100 Duffy Ave.
Hicksville, NY 11801

Chase Manhattan Mortgage Co.
Federman & Phelan, PC
51 Haddonfield Road, Suite 210
Cherry Hill, NJ 08002

Chase/Shell MasterCard
PO Box 15650
Wilmington, DE 19885-5650

Citibank, SD
Eichenbaum, Kantrowitz, Leff & Gulko
PO Box 914
Paramus, NJ 07653-0914

CitiCards
PO Box 8113
South Hackensack, NJ 07606-8113

Collect America

Columbia House
North Shore Agency
PO Box 8901
Westbury, NY 11590-8901

Cross Country
Dispute Dept.
Boca Raton, FL 33431

Crossings
Dymacol Inc.
3070 Lawson Blvd.
PO Box 9017
Oceanside, NY 11572-9017

Dell Computers
Dell Financial
PO Box 4125
Carol Stream, IL 60197

```
Dish Networks
3362 University Ave.
Waterloo, IA 50704


Dr. Patlen
The Creamery
Suite 104 Walling Street
Sussex, NJ 07461


Family Fire & Security
Wells & Assoc.
4225 Wingren, Suite 204
Irving, TX 75062


First  Collect, Inc.



Fleet Bank
PO Box 44426
Nottingham, MD 21236-6426


GPU
NCO Financial
515 Pennsylvania Ave.
Fort Washington, PA 19034


Greg W. Sheehan
PO Box 384
Vernon, NJ 07462


High Point Electric
719 Route 519
Wantage, NJ 07461


Hogarth Emergency
NCO Financial
515 Pennsylvania Ave.
Fort Washington, PA 19034


Hogarth Emergency
NCO Financial
515 Pennsylvania Ave.
Fort Washington, PA 19034
```

```
Interbay Funding
Dunn & Bradstreet
4836 Breckville Road
PO Box 523
Richfield, OH 44286


Jayson Water
1373 Broad St.
Clifton, NJ 07013


JC Penney
PO Box 628047
Orlando, FL 32862


Jon Deere Credit
Blatt, Hasenmiller, Leibsken & Moore
2 N. LaSalle St., Suite 900
Chicago, IL 60602-3702


Kyto Meridien
216 Congers Road
New City, NY 10956


LabCorp
PO Box 2240
Burlington, NC 27216-2240


Level 10
Richard Fogel
Vernon Colonial Plaza
PO Box 737
Mc Afee, NJ 07428


Lundstrom
PO Box 276
Dayton, OH 45401


Macys
Rev Care
PO Box 2309
Cypress, CA 90630-1809


Magarino Ford
Route 23
Sussex, NJ 07461
```

Mandee
Plaza Associates
PO Box 18008
Hauppauge, NY 11788-8808


Marlin Integrated


MBNA America
PO Box 15137
Wilmington, DE 19886-5137


Mobil
Cavalry Investments
7 Skyline Drive, 2nd Floor
Hawthorne, NY 10532-2162


NCO Financial


Newton Memorial Hospital
Edward P. Azar, Esq.
711 Route 23 S.
Newfoundland, NJ 07435


North Jersey Dematol
7 Oak Ridge Road
Newfoundland, NJ 07435


One Step Ahead
Credit Management Services
PO Box 1346
Blue Bell, PA 19422


Pier One
Mitchell N. Kay, Esq.
PO Box 9006
Smithtown, NY 11787-9006


Quest Diagnostics
One Malcolm Ave.
Teterboro, NJ 07608-1070

```
Radiologic Assoc.
183 High Street
Newton, NJ 07860


Sara Allison
24 Hemlock Ave.
Newton, NJ 07860


Seagate Technology
920 Disc. Drive
Scotts Valley, CA 95066


Sears
13200 Smith Roas
Cleveland, OH 44130


Service Electric Cable TV
PO Box 853
Sparta, NJ 07871-0853


Sparta Medical Assoc.
272 Route 206 North
Andover, NJ 07821


St. Clare's Hospital
PO Box 3025
Denville, NJ 07834-3025


St. Clare's Hospital
PO Box 3025
Denville, NJ 07834-3025


St. Clare's Hospital
PO Box 3025
Denville, NJ 07834-3025


Straus Newspapers
45 Gilbert Street
Monroe, NY 10950


Texaco
Plaza Assoc.
PO Box 18008
Hauppauge, NY 11788-8808
```

The Movie Exchange
Credit Plus Collections
2491 Paxton St.
Harrisburg, PA 17111


The Star Ledger
PO Box 148
Newark, NJ 07102


Universal
8787 Baypine Road
Jacksonville, FL 32256


Valley National Bank
Pashman Stein
45 Essex St.
Hackensack, NJ 07601-5415


Vernon Urgent Care
212 Route 94
Vernon, NJ 07462