Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 04−13031−DHS
Chapter: 13
Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jason A. Sneider
127 Sally Harden Road
Wantage, NJ 07461

Melissa A. Sneider
aka Melissa Kelly
127 Sally Harden Road
Wantage, NJ 07461

Social Security No.:
xxx−xx−0224

xxx−xx−8636

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 6, 2006</u>

<u>Donald H. Steckroth</u>
Judge, United States Bankruptcy Court